FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

Hope Hogya
(Enter above the full name of the plaintiff in this action)

vs.

Timothy Cannon, Sharleen Connolly, Lake County Probate Court
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO.: 1:22 CV 1627

JUDGE NUGENT
MAG. JUDGE PARKER

FILED
SEP 13 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs_____

   _____

   Defendants_____

   _____

2. Court (if federal court, name the district; if state court, name the county)

   Lake County Probate Court

3. Docket Number 96-65 ; 95-231

4. Name of judge to whom case was assigned Fred V. Skok

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Cases Closed

6. Approximate date of filing lawsuit  No lawsuit - Administration of Estate

7. Approximate date of disposition_____

II. Place of Present Confinement  Lake County Adult Detention Facility

   A. Is there a prisoner grievance procedure in this institution?  YES ☐  NO ☐

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      YES ☐  NO ☒

   C. If your answer is YES,

      1. What steps did you take?_____

      2. What was the result?_____

   D. If your answer is NO, explain why not  No grievance procedure

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
      YES ☐  NO ☒

   F. If your answer is YES,

      1. What steps did you take?_____

      2. What was the result?_____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff  Hope Hogue

Address  104 E Erie St. Painesville, OH 44077

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant  Timothy Cannon  is employed as

Attorney  at Cannon, Stern, Aveni & Loiacono Co LPA

C. Additional Defendants  Sharleen Connolly as administrator of estate; Lake County Probate Court as government agency.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

Sharleen Connolly was the administrator of my mothers estate. Timothy Cannon is the attorney on the paperwork for my mothers and grandfathers estates that appear to be fraudulently merged. Most documents were not certified or signed off by a judge, yet Lake County Probate

(continued)

- 4 -

(Statement of Claim Continued)

Court allowed the fraud to continue. The recorders office / records showed multiple properties & land owned by my grandfather and claims his ex wife as being surviving spouse & joint ownership. Other paperwork shows her living in Florida where Mr. Cannon also practices and married into the name Giel. She was asked to be removed from next of kin on my mothers estate - leaving her 4 minor children. (Judge did not sign for removal) 6 years passed from my grandfather dying until his estate was "claimed" in 95 when my mother passed Sept. of 1995 and in 96 a probate case was filed and the Clerk told me it was settled outside of probate. I went to my mothers last known address and was screamed at to leave until another man claiming to be Ms Connolly's brother heard who I was. He said he knew me then called Ms Connolly and stated "We have a problem." It seems she used her right to merge estates (dominant & servient) sell the properties and continue to live on another property for personal gain. Never administering to the next of kin when legal ages allowed.

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I am seeking money damages for what ever the 3 listed properties values are, and for what asset care or taxes or trusts that may have also been hidden and stolen. I would like injunctive relief as a full investigation into the criminal activities and other estates / victims who may have suffered for legal malpractice property fraud and forged documents by the Lake County Probate Courts.

Signed this 6th day of September, 19 2022.

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge.

9-6-2022
(Date)

Hope Hyy
(Signature of Plaintiff)